Ryan Lee (SBN: 235879)
rlee@consumerlawcenter.com
Matthew A. Rosenthal (SBN 279334)
mrosenthal@consumerlawcenter.com
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA  90025
Tel: (323) 988-2400
Fax: (866) 861-1390
CARLA FRENCH

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| CARLA FRENCH,<br><br>          Plaintiff,<br><br>     v.<br><br>ATLANTIC CREDIT & FINANCE, INC.,<br><br>          Defendant. | Case No.:<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>**(Unlawful Debt Collection Practices)** |

CARLA FRENCH (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the following against ATLANTIC CREDIT & FINANCE, INC. (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (TCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788 *et seq.* (RFDCPA).

**JURISDICTION AND VENUE**

3. Jurisdiction of this Court over Counts I and II or Plaintiff's Complaint arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28 U.S.C. § 1367 grants this court supplemental jurisdiction over the state claims contained within.

4. Defendant conducts business in the State of California thereby establishing personal jurisdiction.

5. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

**PARTIES**

6. Plaintiff is a natural person residing in Sacramento, Sacramento County, California.

7. Defendant is a business entity with an office located in Roanoke, Virginia.

8. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

9. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

10. Defendant places collection calls to Plaintiff at phone number 916-716-11XX and 916-648-97XX.

11. Defendant places calls from numbers including, but not limited to, 540-772-7800.

12. Defendant places multiple collection calls to Plaintiff on a near-daily basis, including ten (10) calls on August 25, 2014.

13. On August 26, 2014, Plaintiff spoke to Defendant's representative, "Hugh Dowdy."

14. In the course of the telephone conversation on or around August 26, 2014, Plaintiff

informed Defendant's representative that she had retained an attorney, provided her attorney's contact information, and requested that Defendant cease placing collection calls.

15. Despite being informed that Defendant was represented by an attorney, Defendant placed collection calls to Plaintiff on August 27, 2014 and August 28, 2014.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692c(a)(2) of the FDCPA by placing collection calls to Plaintiff despite knowing that Plaintiff was represented by an attorney;

    b. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff;

    c. Defendant violated § 1692d(5) of the FDCPA by causing a telephone to ring repeatedly or continuously with the intent to annoy, harass, or abuse Plaintiff.

WHEREFORE, Plaintiff, CARLA FRENCH, respectfully requests judgment be entered against Defendant, ATLANTIC CREDIT & FINANCE, INC., for the following:

17. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;
18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;
19. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

20. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as

1  the allegations in Count II of Plaintiff's Complaint.

2  21. Defendant violated the RFDCPA based on the following:

3     a. Defendant violated § 1788.17 of the RFDCPA by failing to comply with the Fair Debt Collection Practices, Act, 15 U.S.C. § 1692 *et seq*.

WHEREFORE, Plaintiff, CARLA FRENCH, respectfully requests judgment be entered against Defendant, Afor the following:

22. Statutory damages of $1,000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788.30(b),

23. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ Code § 1788.30(c), and

24. Any other relief that this Honorable Court deems appropriate.

DATED:  January 7, 2015

RESPECTFULLY SUBMITTED,
KROHN & MOSS, LTD.


By: /s/<u>Ryan Lee</u>
Ryan Lee
Attorney for Plaintiff