Ryan Lee (SBN 235879)
rlee@consumerlawcenter.com
Matthew A. Rosenthal (SBN 279334)
mrosenthal@consumerlawcenter.com
KROHN & MOSS, LTD
10474 Santa Monica Boulevard
Los Angeles, CA  90025
(323) 988-2400 Telephone • (866) 861-1390 Facsimile
Attorneys for Plaintiff, CARLA FRENCH

Jeanne L. Zimmer (SBN 123321)
Zimmerj@cmtlaw.com
J. Grace Felipe (SBN 190893)
Felipeg@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone • (310) 242-2222 Facsimile
Attorneys for Defendant, ATLANTIC CREDIT & FINANCE, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA FRENCH,<br><br>             Plaintiff,<br><br>vs.<br><br>ATLANTIC CREDIT & FINANCE, INC.,<br><br>             Defendant. | Case No.: 2:15-cv-00042-GEB-AC<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>Judge Garland E. Burrell<br>Status Conf:   April 20, 2015<br>Time:           9:00 a.m.<br>Courtroom:    10 |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

   PLEASE TAKE NOTICE that this entire action has been settled.  The parties anticipate that they will complete the settlement, and file a stipulation of dismissal with prejudice, within 45 days from the date of this notice.

/ / /

In light of the settlement, the parties request that the Court take off calendar all future hearing dates in this case.

DATED: April 6, 2015                                KROHN & MOSS, LTD

                                                      By: /s/ Ryan Lee
                                                         Ryan Lee
                                                         Matthew A. Rosenthal
                                                          Attorneys for Plaintiff,
                                                         CARLA FRENCH

DATED: April 6, 2015                                CARLSON & MESSER LLP

                                                       By: /s/ J. Grace Felipe
                                                         Jeanne L. Zimmer
                                                         J. Grace Felipe
                                                         Attorneys for Defendant,
                                                         ATLANTIC CREDIT & FINANCE, INC.