UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA FRENCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ATLANTIC CREDIT & FINANCE, INC.,<br><br>　　　　Defendant. | No.  2:15-cv-00042-GEB-AC<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

　　　　The parties filed a "Notice of Settlement" on April 6, 2015, in which they state: "this entire action has been settled[, and t]he parties anticipate that they will complete the settlement, and file a stipulation of dismissal with prejudice, within 45 days from the date of this notice." (Notice of Settlement 1:24-26, ECF No. 9.)

　　　　Therefore, a dispositional document shall be filed no later than May 21, 2015. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

　　　　Further, the Status Conference scheduled for hearing on April 20, 2015, is continued to commence at 9:00 a.m. on June 22, 2015, in the event no dispositional document is filed, or if this

action is not otherwise dismissed.[1]  A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated:  April 14, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).