Ryan Lee Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 405
Los Angeles, CA 90025
rlee@consumerlawcenter.com
T: (323) 988-2400
F: (866) 861-1390
Attorney for Plaintiff
CARLA FRENCH

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| CARLA FRENCH,<br><br>          Plaintiff,<br>     vs.<br><br>ATLANTIC CREDIT & FINANCE, INC,<br><br>          Defendant. | **Case No.: 2:15-cv-00042-GEB-AC**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff CARLA FRENCH and Defendant ATLANTIC CREDIT & FINANCE, INC., through their respective counsel of record, that the above-entitled action shall be dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and expenses.

Dated: 05/20/2015            KROHN & MOSS LTD

                             /s/ Ryan Lee
                             Ryan Lee, Esq.
                             Attorney for Plaintiff,
                             CARLA FRENCH

Dated: 05/20/2015            CARLSON & MESSER LLP

                              /s/ J. Grace Felipe
                             Jeanne L. Zimmer, Esq.
                             J. Grace Felipe
                             Attorney for Defendant,
                             ATLANTIC CREDIT & FINANCE, INC

1

Stipulation of Dismissal